# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:

RONALD L YOUNG
CHAROLETT A YOUNG

Case No. 17-80451

Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/01/2017 . The undersigned trustee was appointed on 03/01/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     17,500.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 17,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/08/2017 and the deadline for filing governmental claims was 09/08/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,500.00 , for a total compensation of $ 2,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.68 , for total expenses of $ 15.68 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2017               By:/s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-80451 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD L YOUNG | | | | Date Filed (f) or Converted (c): | 03/01/2017 (f) |
| | CHAROLETT A YOUNG | | | | 341(a) Meeting Date: | 04/20/2017 |
| For Period Ending: | 10/17/2017 | | | | Claims Bar Date: | 09/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 703 S 8Th St Oregon Il 61061-2107 Ogle | 88,164.00 | 88,164.00 | | 0.00 | FA |
| 2. 505 Webster St Oregon Il 61061-2011 Ogle | 70,968.00 | 70,968.00 | OA | 17,500.00 | FA |
| 3. 2012 Chevrolet Impala Mileage: 79000 | 4,059.00 | 4,059.00 | | 0.00 | FA |
| 4. 2002 Chevrolet S-10 Mileage: 169000 | 987.00 | 987.00 | | 0.00 | FA |
| 5. Stove, Refrigerator, General Household Goods And Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Washer & Dryer | 482.99 | 0.00 | | 0.00 | FA |
| 7. 3 Televisions (Older), 2 Laptop Computers, 1 Printer For Com | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. 2 Shotguns | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Clothing & Shoes | 300.00 | 0.00 | OA | 0.00 | FA |
| 10. Mechanic's Tools | 250.00 | 0.00 | OA | 0.00 | FA |
| 11. Lawn Mower | 250.00 | 0.00 | OA | 0.00 | FA |
| 12. Cash | 50.00 | 0.00 | OA | 0.00 | FA |
| 13. Stillman Bank | 800.00 | 0.00 | OA | 0.00 | FA |
| 14. Stillman Bank | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 15. International Union Of Operating Engineers -$2,064.00 Per Mo | Unknown | Unknown | OA | 0.00 | FA |
| 16. New York Life Insurance Co. | 6,358.40 | 0.00 | OA | 0.00 | FA |
| 17. Country Financial | 8,480.92 | 0.00 | OA | 0.00 | FA |
| 18. Country Financial | 13,897.95 | 0.00 | OA | 0.00 | FA |
| 19. Country Financial | 4,986.00 | 0.00 | OA | 0.00 | FA |
| 20. Transamerica | 411.22 | 0.00 | OA | 0.00 | FA |
| 21. 2 Wheel snowmobile trailer - homemade | 200.00 | 100.00 | | 0.00 | FA |

|  | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $204,445.48 | $164,278.00 | $17,500.00 | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) | Exhibit A |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #     2    --    Debtor has 1/2 interest in life estate of mother's home - fmv of home is 70,968.00 after
                          figuring cost of sale, debtor interest would be approximately

Initial Projected Date of Final Report (TFR): 03/31/2018        Current Projected Date of Final Report (TFR): 03/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-80451 | Trustee Name: BERNARD J. NATALE |
| Case Name: RONALD L YOUNG | Bank Name: Associated Bank |
| CHAROLETT A YOUNG | Account Number/CD#: XXXXXX8921 |
| | Checking |
| Taxpayer ID No: XX-XXX3981 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/17 | 2 | The First National Bank in Amboy<br>220 East Main Street<br>Amboy, IL 61310 | Liquidation of Real Estate | 1110-000 | $17,500.00 | | $17,500.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $17,500.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $17,500.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8921 - Checking | $17,500.00 | $0.00 | $17,500.00 |
|  | $17,500.00 | $0.00 | $17,500.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-80451                                                                                           Date: October 17, 2017
Debtor Name: RONALD L YOUNG
Claims Bar Date: 9/8/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $2,500.00 | $2,500.00 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $15.68 | $15.68 |
| ATTYF EES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $2,310.00 | $2,310.00 |
| ATTYE XP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $24.44 | $24.44 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $4,625.92 | $4,625.92 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $4,499.98 | $4,499.98 |
| 3 300 7100 | Membersalliance Credit Union<br>% Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford Il 61114 | Unsecured | | $0.00 | $10,406.58 | $10,406.58 |
| 4 300 7100 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $0.00 | $3,260.99 | $3,260.99 |
| 5 300 7100 | U.S. Bank National Association<br>Bankruptcy Department<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Unsecured | | $0.00 | $3,350.57 | $3,350.57 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-80451  
Debtor Name: RONALD L YOUNG  
Claims Bar Date: 9/8/2017  

Date: October 17, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | PYOD LLC As Assignee Of Citibank, N.A. Resurgent Capital Services P O Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $279.36 | $279.36 |
| 7 300 7100 | PYOD LLC As Assignee Of Citibank, N.A. Resurgent Capital Services P O Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $1,608.26 | $1,608.26 |
| 8 300 7100 | Synchrony Bank % PRA Receivables Mgmt LLC P O Box 41031 Norfolk VA 23541 | Unsecured | | $0.00 | $157.15 | $157.15 |
| 9 300 7100 | Portfolio Recovery Associates, Llc P O Box 12914 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,091.00 | $1,091.00 |
| | Case Totals | | | $0.00 | $34,129.93 | $34,129.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-80451  
Case Name: RONALD L YOUNG  
　　　　　　CHAROLETT A YOUNG  
Trustee Name: BERNARD J. NATALE  

| | Balance on hand | $ | 17,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 15.68 | $ 0.00 | $ 15.68 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,310.00 | $ 0.00 | $ 2,310.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 24.44 | $ 0.00 | $ 24.44 |

　　Total to be paid for chapter 7 administrative expenses　　$　　4,850.12  
　　Remaining Balance　　$　　12,649.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,279.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 4,625.92 | $ 0.00 | $ 1,998.56 |
| 2 | Discover Bank | $ 4,499.98 | $ 0.00 | $ 1,944.15 |
| 3 | Membersalliance Credit Union | $ 10,406.58 | $ 0.00 | $ 4,496.00 |
| 4 | First National Bank of Omaha | $ 3,260.99 | $ 0.00 | $ 1,408.86 |
| 5 | U.S. Bank National Association | $ 3,350.57 | $ 0.00 | $ 1,447.56 |
| 6 | PYOD LLC As Assignee | $ 279.36 | $ 0.00 | $ 120.69 |
| 7 | PYOD LLC As Assignee | $ 1,608.26 | $ 0.00 | $ 694.82 |
| 8 | Synchrony Bank | $ 157.15 | $ 0.00 | $ 67.89 |
| 9 | Portfolio Recovery Associates, Llc | $ 1,091.00 | $ 0.00 | $ 471.35 |
| | Total to be paid to timely general unsecured creditors | | $ | 12,649.88 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE