UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD L YOUNG | § | Case No. 17-80451 |
| CHAROLETT A YOUNG | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    United States Bankruptcy Court
    Northern District of Illinois
    Western Division
    327 S. Church Street, Room 1100
    Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/13/2017 in Courtroom 3100,
    United States Bankruptcy Court
    327 S Church Street
    Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/02/2017      By: /S/ BERNARD J. NATALE
                         TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
RONALD L YOUNG § Case No. 17-80451
CHAROLETT A YOUNG §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 17,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BERNARD J. NATALE | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 15.68 | $ 0.00 | $ 15.68 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,310.00 | $ 0.00 | $ 2,310.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 24.44 | $ 0.00 | $ 24.44 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,850.12 |
| Remaining Balance | $ | 12,649.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,279.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 4,625.92 | $ 0.00 | $ 1,998.56 |
| 2 | Discover Bank | $ 4,499.98 | $ 0.00 | $ 1,944.15 |
| 3 | Membersalliance Credit Union | $ 10,406.58 | $ 0.00 | $ 4,496.00 |
| 4 | First National Bank of Omaha | $ 3,260.99 | $ 0.00 | $ 1,408.86 |
| 5 | U.S. Bank National Association | $ 3,350.57 | $ 0.00 | $ 1,447.56 |
| 6 | PYOD LLC As Assignee | $ 279.36 | $ 0.00 | $ 120.69 |
| 7 | PYOD LLC As Assignee | $ 1,608.26 | $ 0.00 | $ 694.82 |
| 8 | Synchrony Bank | $ 157.15 | $ 0.00 | $ 67.89 |
| 9 | Portfolio Recovery Associates, Llc | $ 1,091.00 | $ 0.00 | $ 471.35 |
| | Total to be paid to timely general unsecured creditors | | | $ 12,649.88 |

    Remaining Balance $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /S/ BERNARD J. NATALE
                          TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 17-80451**
**CASE NAME:RONALD L. & CHAROLETT A. YOUNG**

## PROOF OF SERVICE

STATE OF ILLINOIS       )
                        )  SS
COUNTY OF WINNEBAGO     )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 19th day of October, 2017.

                      /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
19th day of October, 2017.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2018

Discover Products Inc
P O Box 3025
New Albany OH 43054-3025

Members Alliance Credit Union
% Reilly Law Offices
6801 Spring Creek Rd, Ste 2D
Rockford IL 61114

First National Bank of Omaha
1620 Dodge St
Stop Code 3105
Omaha NE 68197

U S Bank NA
Bankruptcy Dept
P O Box 5227
Cincinnati OH 45201-5227

PYOD LLC Assignee
Of Citibank NA
Resurgent Capital Services
P O Box 19008
Greenville SC 29602

Synchrony Bank
% PRA Receivables Mgmt LLC
P O Box 41031
Norfolk VA 23541

Portfolio Recovery Associates LLC
P O Box 12914
Norfolk VA 23541

Ronald L. & Charolett A. Young
703 S 8th St
Oregon IL 61061

Attorney Dennis Hewitt
Hewitt & Wagner
1124 Lincoln Hwy
Rochelle IL 61068

U S Trustee
780 Regent St, Ste 304
Madison WI 53715