UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| RONALD L YOUNG § | Case No. 17-80451 |
| CHAROLETT A YOUNG § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 155,778.25<br>*(Without deducting any secured claims)* | Assets Exempt: 48,667.23 |
| Total Distributions to Claimants: 12,649.88 | Claims Discharged<br>Without Payment: 132,558.39 |
| Total Expenses of Administration: 4,850.12 | |

3) Total gross receipts of $ 17,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 70,019.52 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,850.12 | 4,850.12 | 4,850.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,908.94 | 29,279.81 | 29,279.81 | 12,649.88 |
| **TOTAL DISBURSEMENTS** | $ 115,928.46 | $ 34,129.93 | $ 34,129.93 | $ 17,500.00 |

    4)  This case was originally filed under chapter 7 on  03/01/2017 .  The case was pending for 11 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2018     By:/s/BERNARD J. NATALE, TRUSTEE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 505 Webster St  Oregon Il 61061-2011 Ogle | 1110-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans, PO Box 6577  Carol Stream, IL 60197-6577 | | 69,536.53 | NA | NA | 0.00 |
| | Sears, PO Box 78051  Phoenix, AZ 85062-8051 | | 482.99 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 70,019.52** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| BERNARD J. NATALE | 2200-000 | NA | 15.68 | 15.68 | 15.68 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,310.00 | 2,310.00 | 2,310.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 24.44 | 24.44 | 24.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,850.12 | $ 4,850.12 | $ 4,850.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BP, PO Box 965023 Orlando, FL 32896-5023 | | 0.00 | NA | NA | 0.00 |
| | Care Credit/Synchrony Bank, PO Box 965033 Orlando, FL 32896-5033 | | 1,397.00 | NA | NA | 0.00 |
| | Chase, PO Box 1423 Charlotte, NC 28201-1423 | | 8,918.68 | NA | NA | 0.00 |
| | Citi Cards, PO Box 6500 Sioux Falls, SD 57117-6500 | | 0.00 | NA | NA | 0.00 |
| | Discover, PO Box 6103 Carol Stream, IL 60197-6103 | | 4,275.04 | NA | NA | 0.00 |
| | Discover, PO Box 6103 Carol Stream, IL 60197-6103 | | 3,911.83 | NA | NA | 0.00 |
| | Fifth Third Bank, PO Box 740789 Cincinnati, OH 45274-0789 | | 6,087.42 | NA | NA | 0.00 |
| | First Bank Card, PO Box 2557 Omaha, NE 68103-2557 | | 2,969.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Members Alliance Credit Union, 2550 S Alpine Rd Rockford, IL 61108-7813 | | 9,718.34 | NA | NA | 0.00 |
| | Midwest Operating Engineers Credit Union, PO Box 4521 Carol Stream, IL 60197-4521 | | 2,326.01 | NA | NA | 0.00 |
| | U.S. Bank, PO Box 790408 Saint Louis, MO 63179-0408 | | 3,263.44 | NA | NA | 0.00 |
| | Union Plus, PO Box 71104 Charlotte, NC 28272-1104 | | 0.00 | NA | NA | 0.00 |
| | USAA, 10750 McDermott Fwy San Antonio, TX 78288-0002 | | 3,042.02 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 4,625.92 | 4,625.92 | 1,998.56 |
| 2 | Discover Bank | 7100-000 | NA | 4,499.98 | 4,499.98 | 1,944.15 |
| 4 | First National Bank of Omaha | 7100-000 | NA | 3,260.99 | 3,260.99 | 1,408.86 |
| 3 | Membersalliance Credit Union | 7100-000 | NA | 10,406.58 | 10,406.58 | 4,496.00 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,091.00 | 1,091.00 | 471.35 |
| 6 | PYOD LLC As Assignee | 7100-000 | NA | 279.36 | 279.36 | 120.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | PYOD LLC As Assignee | 7100-000 | NA | 1,608.26 | 1,608.26 | 694.82 |
| 8 | Synchrony Bank | 7100-000 | NA | 157.15 | 157.15 | 67.89 |
| 5 | U.S. Bank National Association | 7100-000 | NA | 3,350.57 | 3,350.57 | 1,447.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,908.94 | $ 29,279.81 | $ 29,279.81 | $ 12,649.88 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-80451 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD L YOUNG | | | | Date Filed (f) or Converted (c): | 03/01/2017 (f) |
| | CHAROLETT A YOUNG | | | | 341(a) Meeting Date: | 04/20/2017 |
| For Period Ending: | 01/16/2018 | | | | Claims Bar Date: | 09/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 703 S 8Th St Oregon Il 61061-2107 Ogle | 88,164.00 | 88,164.00 | | 0.00 | FA |
| 2. 505 Webster St Oregon Il 61061-2011 Ogle | 70,968.00 | 70,968.00 | OA | 17,500.00 | FA |
| 3. 2012 Chevrolet Impala Mileage: 79000 | 4,059.00 | 4,059.00 | | 0.00 | FA |
| 4. 2002 Chevrolet S-10 Mileage: 169000 | 987.00 | 987.00 | | 0.00 | FA |
| 5. Stove, Refrigerator, General Household Goods And Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Washer & Dryer | 482.99 | 0.00 | | 0.00 | FA |
| 7. 3 Televisions (Older), 2 Laptop Computers, 1 Printer For Com | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. 2 Shotguns | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Clothing & Shoes | 300.00 | 0.00 | OA | 0.00 | FA |
| 10. Mechanic's Tools | 250.00 | 0.00 | OA | 0.00 | FA |
| 11. Lawn Mower | 250.00 | 0.00 | OA | 0.00 | FA |
| 12. Cash | 50.00 | 0.00 | OA | 0.00 | FA |
| 13. Stillman Bank | 800.00 | 0.00 | OA | 0.00 | FA |
| 14. Stillman Bank | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 15. International Union Of Operating Engineers -$2,064.00 Per Mo | Unknown | Unknown | OA | 0.00 | FA |
| 16. New York Life Insurance Co. | 6,358.40 | 0.00 | OA | 0.00 | FA |
| 17. Country Financial | 8,480.92 | 0.00 | OA | 0.00 | FA |
| 18. Country Financial | 13,897.95 | 0.00 | OA | 0.00 | FA |
| 19. Country Financial | 4,986.00 | 0.00 | OA | 0.00 | FA |
| 20. Transamerica | 411.22 | 0.00 | OA | 0.00 | FA |
| 21. 2 Wheel snowmobile trailer - homemade | 200.00 | 100.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $204,445.48 | $164,278.00 | $17,500.00        $0.00 |

Exhibit 8

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #       2    --    Debtor has 1/2 interest in life estate of mother's home - fmv of home is 70,968.00 after
figuring cost of sale, debtor interest would be approximately

Initial Projected Date of Final Report (TFR): 03/31/2018        Current Projected Date of Final Report (TFR): 03/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-80451 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | RONALD L YOUNG | Bank Name: | Associated Bank |
| | CHAROLETT A YOUNG | Account Number/CD#: | XXXXXX8921 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3981 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/17 | 2 | The First National Bank in Amboy<br>220 East Main Street<br>Amboy, IL 61310 | Liquidation of Real Estate | 1110-000 | $17,500.00 | | $17,500.00 |
| 11/15/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $2,515.68 | $14,984.32 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($2,500.00) | 2100-000 | | |
| | | BERNARD J. NATALE | Trustee Expenses | ($15.68) | 2200-000 | | |
| 11/15/17 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,334.44 | $12,649.88 |
| | | BERNARD J. NATALE LTD | Attorney Fees | ($2,310.00) | 3110-000 | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses | ($24.44) | 3120-000 | | |
| 11/15/17 | 1103 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Distribution | | | $3,942.71 | $8,707.17 |
| | | Discover Bank | Ref #4540 | ($1,998.56) | 7100-000 | | |
| | | Discover Bank | Ref #9809 | ($1,944.15) | 7100-000 | | |
| 11/15/17 | 1104 | Membersalliance Credit Union<br>% Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford Il 61114 | Ref #0844 VISA | 7100-000 | | $4,496.00 | $4,211.17 |
| 11/15/17 | 1105 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE  68197 | Ref #2752 | 7100-000 | | $1,408.86 | $2,802.31 |

Page Subtotals: $17,500.00   $14,697.69

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-80451 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: RONALD L YOUNG | Bank Name: Associated Bank |
| CHAROLETT A YOUNG | Account Number/CD#: XXXXXX8921 |
| | Checking |
| Taxpayer ID No: XX-XXX3981 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/17 | 1106 | U.S. Bank National Association<br>Bankruptcy Department<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Ref #9258 | 7100-000 | | $1,447.56 | $1,354.75 |
| 11/15/17 | 1107 | PYOD LLC As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC 29602 | Distribution | | | $815.51 | $539.24 |
| | | PYOD LLC As Assignee | Ref #2516        ($120.69) | 7100-000 | | | |
| | | PYOD LLC As Assignee | Ref #1723        ($694.82) | 7100-000 | | | |
| 11/15/17 | 1108 | Synchrony Bank<br>% PRA Receivables Mgmt LLC<br>P O Box 41031<br>Norfolk VA 23541 | Ref #5158 | 7100-000 | | $67.89 | $471.35 |
| 11/15/17 | 1109 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk, Va 23541 | Ref #0034 | 7100-000 | | $471.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,500.00 | $17,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,500.00 | $17,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $17,500.00 |

Page Subtotals:        $0.00        $2,802.31

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8921 - Checking | $17,500.00 | $17,500.00 | $0.00 |
|  | $17,500.00 | $17,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

Page Subtotals:  $0.00  $0.00